# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CRAFT BREW ALLIANCE, INC.**, a Washington corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>**BAXTER, BAILEY & ASSOCIATES, INC.**, a Mississippi corporation,<br><br>        Defendant. | Case No. 3:17-cv-0215-YY<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Youlee Yim You issued Findings and Recommendation in this case on July 19, 2017. ECF 29. Judge You recommended that Defendant's motion to stay be granted and that this case be stayed until the proposed "Bar Order" is adjudicated in the U.S. Bankruptcy Court for the Middle District of Florida in a related matter. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

PAGE 1 – ORDER

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review de novo magistrate's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge You's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Judge You's Findings and Recommendation, ECF 29. Defendant's motion to stay (ECF 9) is granted. This case is stayed pending adjudication of the proposed "Bar Order" (ECF 113) in the case of *In re Network F.O.B., Inc.*, U.S. Bankruptcy Court for the Middle District of Florida, Case No. 3:16-bk-3416-PMG.

**IT IS SO ORDERED.**

DATED this 4th day of August, 2017.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge